Den, ex dem. Delatouche, v. Chubb.

DEN, EX DEM. DELATOUCHE, v. CHUBB.

1. In an action of ejectment mesne profits can be recovered only since the time of the demise laid in the declaration.

2. The jury in assessing mesne profits may include as part of the damages all the necessary and reasonable expenses of the plaintiff.

3. Mesne profits recoverable in action of ejectment.

This was an action of ejectment which came on for trial at the Burlington Nisi Prius, in August, 1795, before KINSEY, C. J., and SMITH, J.

At the trial the following points were ruled by the court: 1st. The demise was laid in the declaration to have been made on the 2d of August, 1794. The plaintiff offered evidence of mesne profits prior to that period, but—

PER CUR. In this action you can recover mesne profits only since the demise laid, and the evidence is inadmissible.

2d. The Chief Justice charged the jury, that in assessing the mesne profits, they might include in the damages all the plaintiff's reasonable and necessary expenses.

[467] The fee of the counsel of the plaintiff was included in their estimate.

*Griffith*, for plaintiff.

*M'Illvaine*, for defendant.

NOTE—In this case the mesne profits were recovered in the action of ejectment.